IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff,

       v.

ENRIQUE K. FALCON-LOPEZ ET AL
    Defendant.

CRIMINAL NO. 25-275 (RAM)

### RULE 5(F) ORDER FOR DISCLOSURE OF EXCULPATORY EVIDENCE

Pursuant to Fed. R. Crim. P. 5(f), as amended, the Government is reminded of its continuous obligation to disclose **all material exculpatory evidence** in accordance with <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), and its progeny. *See also* the Due Process Protection Act, S. 1380, Pub. L. No. 116-182.

The suppression of "evidence favorable to an accused […] violates due process irrespective of the good or bad faith of the prosecution." <u>Brady</u>, 373 U.S. at 87. Further, the failure to comply with disclosures may result in sanctions, disciplinary proceedings, the exclusion of evidence and the reversal of a conviction.

**IT IS SO ORDERED.**

In San Juan Puerto Rico, this 26th day of June, 2025.

S/ RAÚL M. ARIAS-MARXUACH
United States District Judge